IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Anselmo Alcantara Galisia,     Plaintiff(s)

VS.

Court No.: 1:22-cv-06520-LDH-VMS

Da Pai Dong, Inc. and Hong Kong Food Court of Elmhurst, Corp. and Jianqi Chen     Defendant(s)

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, GEOFFREY BURKE, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465 . Following are the results of my efforts to serve process in the above captioned case:

Type of Process: Summons in a Civil Action and Complaint

Defendant to be served: Da Pai Dong, Inc.

ADDRESS WHERE ATTEMPTED OR SERVED:     c/o New York Department of State One Commerce Plaza,, 99 Washington Ave. Albany, NY, 12231

I SERVED the within named defendant on: 7/17/2023 3:15 PM

X CORPORATE OR GOVERNMENT SERVICE by leaving 2 copies of this process with Amy Lesch, (Title): Business Document Specialist , a person authorized to accept service and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age: 46 Gender: Female Race: Caucasian Height: 5-8 Weight: 176-200 Hair: Brown Glasses: No

Additional Comments: Two copies of Summons and Complaint were served.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on 10/27/23

Signature of Process Server

Notary Public

Printed Name: GEOFFREY BURKE
Title: PROCESS SERVER

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified In Albany County
My Commission Expires February 28, ____



880377_4202081_0_23__V4

Page 1 of 1

File Number: 6JL102822
Reference Number: 4202081
Case Number: 1:22-cv-06520-LDH-VMS
Client: Justicia Laboral, LLC
Doc Generated: 10/26/2023 04:59:29:960 PM