UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

ANSELMO ALCANTARA GALISIA

                                              1:22-cv-06520-LDH-VMS

                  Plaintiff,

-against-                      **NOTICE OF APPEARANCE**

DA PAI DONG, INC. and
HONG KONG FOOD COURT OF ELMHURST, CORP.
and JIANQI CHEN

                  Defendants.

---------------------------------------------------------------------x

S I R S:

      PLEASE TAKE NOTICE that KEVIN KERVENG TUNG, P.C. hereby appears as attorneys for Defendant DA PAI DONG, INC. in the above-captioned action.

Dated: Queens, New York
       December 19, 2023

                                      Yours, etc.:

                                      KEVIN KERVENG TUNG, P.C.
                                      Attorneys for Defendants

                                      By: Kevin K. Tung, Esq.
                                      Queens Crossing Business Center
                                      136-20 386ht Avenue, Suite 3D
                                      Flushing, NY 11354
                                      Tel: 718-939-4633

To:

    Daniel I. Schlade
    Attorney For Plaintiff
    Justicia Laboral, LLC
    6232 N. Pulaski, #300
    Chicago, IL 60646

1