UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------X

_____,
                   Plaintiff(s),

    -against-

_____,
                   Defendant(s).

**REQUEST FOR CERTIFICATE OF DEFAULT**

-CV-

-------------------------------------------X

TO:    BRENNA B. MAHONEY
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK

        Please enter the default of defendant(s),_____, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Daniel Schlade, counsel for Plaintiff(s).

Dated:                                                By: _____
                                                     Daniel I. Schlade
                                                     Counsel For Plaintiff(s)
                                                     Justicia Laboral, LLC
                                                     6232 N. Pulaski, #300
                                                     Chicago, IL 60646
                                                     773-550-3775
                                                     dschlade@justicialaboral.com