**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Anselmo Alcantara Galisia
_____ ,

                    Plaintiff(s)

        -against-

Da Pai Dong, Inc. and Hong Kong Food Court of Elmhurst, Corp.
and Jianqi Chen
_____ ,

                   Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**AFFIRMATION IN SUPPORT OF**
**REQUEST FOR CERTIFICATE OF DEFAULT**

Case No. 22-CV-06520

Daniel I. Schlade, counsel for Plaintiff hereby declares as follows:

     1.      I am the plaintiff's counsel in this case.

     2.      This action was commenced pursuant to the Fair Labor Standards Act .

     3.      The time for defendant(s), Hong Kong Food Court of Elmhurst, Corp. , to answer or otherwise move with respect to the complaint herein has expired.

     4.      Defendant(s), Hong Kong Food Court of Elmhurst, Corp. has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) Hong Kong Food Court of Elmhurst, Corp. to answer or otherwise move has not been extended.

     5.      That defendant(s) Hong Kong Food Court of Elmhurst, Corp. is not an infant or incompetent. Defendant(s) Hong Kong Food Court of Elmhurst, Corp. is not presently in the military service of the United States as appears from facts in this litigation.

     6.      Defendant(s) Hong Kong Food Court of Elmhurst, Corp. is indebted to plaintiff, Anselmo Alcantara Galisia , in the following manner (state the facts in support of the claim(s)):

_____

_____

WHEREFORE, plaintiff Anselmo Alcantara Galisia requests that the default of

defendant(s) Hong Kong Food Court of Elmhurst, Corp …noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my

knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no

part thereof has been paid.


Dated: February 12, 2024                              By: _____

Daniel I. Schlade
Counsel for Plaintiffs
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
dschlade@justicialaboral.com