UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------X

Anselmo Alcantara Galisia,
                Plaintiff(s),

AFFIRMATION OF SERVICE
22- CV- 06520 - LDH-VMS-

Hong Kong Food Court of Elmhurst, Corp.
                Defendant(s).

-------------------------------------------X

I  Daniel I. Schlade  declare under penalty of perjury that I have served a copy of the attached  REQUEST FOR CERTIFICATE OF DEFAULT

upon Hong Kong Food Court of Elmhurst, Corp.

by mailing it to Hong Kong Food Court of Elmhurst, Corp.

whose address is: 133-38 Sanford Avenue, Pha, Flushing, New York 11355

Dated: February 12, 2024

s/ Daniel I. Schlade
Signature
6232 N. Pulaski, #300
Address
Chicago, IL 60646
City, States & Zip Code