**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------X

                                            ,
                                    Plaintiff(s),                  **CERTIFICATE OF**
      -against-                                                              **DEFAULT**

                                                                                  Case No.

                                          ,
                                  Defendant(s).

-------------------------------------------X

      I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant _____ has not filed an answer or otherwise moved with respect to the complaint herein.  The default of defendant_____is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:               , New York
                      , 20____

                                         BRENNA B. MAHONEY, Clerk of Court

                                         By:_____
                                                 Deputy Clerk