UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anselmo Alcantara Galisia,<br><br>      Plaintiff,<br><br> -against-<br><br>Da Pai Dong, Inc. and<br>Hong Kong Food Court of Elmhurst, Corp.<br>and Jianqi Chen,<br><br>        Defendants. | Case No.: 1:22-cv-06520-LDH-VMS<br><br>NOTICE OF APPEARANCE |

To: the Clerk of Court and All Parties of Record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as co-counsel for defendants Da Pai Dong, Inc. and Jianqi Chen. Please add my email address (hsong@kktlawfirm.com) to the list of recipients of email notification. Thank you.

Dated: Queens, New York
   October 29, 2024

                KEVIN KERVENG TUNG, P.C.
                *Attorneys for Defendants Da Pai Dong,*
                *Inc. and Jianqi Chen*

                 /s/ *Hui Song*
                By: Hui Song, Esq.
                136-20 38th Avenue, Suite 3D
                Flushing, New York 11354
                (718)939-4633