

November 5, 2024

**Via ECF/Pacer**
The Honorable Lara K. Eshkenazi
United States Magistrate Judge

    *RE:*    **Galisia v. Da Pai Dong, Inc., et. al** *1:22-CV-6520-LDH-VMS*

*Status Letter*

Dear Judge Eshkenazi:

    Pursuant to this Court's order dated November 4, 2024 (the Order), please be advised that on November 5, 2024, I caused to be mailed a copy of the Order to Plaintiff at his last known address: 522 E. 138th Street, Apt 03, Bronx, NY 10454. In addition, I emailed this address to counsel for Defendants on November 4, 2024.

                        Very Truly Yours,

                        Daniel I. Schlade
                        Former Counsel for Plaintiff


cc (via Pacer):    Kevin K. Tung    ktung@kktlawfirm.com
                        Ge Li    gli@kktlawfirm.com
                        Hui Song    hsong@kktlawfirm.com